**No. 43564.**—Protests 684930–G, etc., of Frank Samuel & Co., Inc. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of spiegeleisen containing less than 30 percent of manganese and more than 1 percent of carbon similar to that the subject of *United States* v. *Samuel* (26 C. C. P. A. 22, T. D. 49574).   The claim at 75 cents per ton under paragraph 301 was therefore sustained.